6

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL HIPOLITO GARCIA-GUTIERREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | B-98-128 |
| INTERCERAMIC, INC. d/b/a INTERCERAMIC USA, | § § § § | |
| Defendant. | § | |

**ORDER GRANTING APPEARANCE**

On this day, came on for consideration the Motion for Permission to Appear as Attorney-in-Charge for Interceramic, Inc. d/b/a Interceramic USA. The Court finds that the Motion has merit. It is therefore

ORDERED that Frank J. Guzmán is hereby granted admission to the United States District Court for the Southern District of Texas, Brownsville Division for the limited purpose styled case.

SIGNED this  3RD  day of  DEC , 1998.

_____
U. S. JUDGE

Return copy to:
Frank J. Guzmán
Mendel Guzmán Blumenfeld, LLP
5809 Acacia Circle
El Paso, Texas 79912
(915) 587-7878
(915) 587-8808 (fax)

22512/FGUZ/3307