11

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 18 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Manuel Hipolito Garcia-~~oct~~. Gutierrez §
§
versus §
§
Interceramic, Inc. d/b/a §
Interceramic USA §

CIVIL ACTION B- 98-128

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.    ☐ Bench   ☒ Jury

2. New parties must be joined by: __8/25/99__

    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:

4. ~~The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.~~

Plaintiff will designate experts by 5/17/99. Defendant will designate experts by 5/25/99. Rule 26(a)(2)(B) reports due 6/25/99. Rebuttal experts' reports due 7/25/99.

5. Discovery must be completed by: __9/25/99__

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __10/25/99__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Joint pretrial order is due: __11-10-99__

    The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __12-2-99__

    The case will remain on standby until tried.

Signed __February 18__, 19__99__, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge