United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL HIPOLITO GARCIA-GUTIERREZ § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-128 |
| § | |
| INTERCERAMIC, INC. d/b/a § | |
| INTERCERAMIC USA § | |
| § | |
| Defendant § | JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

On this day came on to be considered the motion of all parties in the above entitled and numbered cause, seeking to modify this Court's Scheduling Order and extend pretrial deadlines in the above referenced case. The Court finds that the Motion is reasonable and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED, that the Scheduling Order is amended and the deadlines extended as follows:

   Rule 26(a)(2)(B) reports due October 23, 1999

   Rebuttal expert reports due November 6, 1999

   Discovery must be completed by November 10, 1999

SIGNED this the 30 day of August, 1999.

_____
U.S. DISTRICT JUDGE PRESIDING