*18*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
NOV 03 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Manuel Hipolito Garcia-Gutierrez

versus

Intercermic, Inc., et al

CIVIL ACTION B-98-128

## ORDER STRIKING PLEADING(S)

The clerk has filed your _Joint Motion for Continuance and to Amend Scheduling Order_;

however, it is deficient in the area(s) checked below:

1. \_\_\_\_ Pleading is not signed. (L.R.2.C)

2. _X_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. \_\_\_\_ Caption of the pleading is incomplete (L.R.3.E)

4. \_\_\_\_ No certificate of service, or explanation why service is not required (L.R.3.G)

5. \_\_\_\_ No statement re conference w/opposing counsel (L.R.6.A.4)

6. \_\_\_\_ Separate proposed order not attached (L.R.6.A.3)

7. \_\_\_\_ Motion to consolidate is not in compliance with L.R.6.G

8. \_\_\_\_ Other:_____

The clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: _11-2-99_

_Hilda Tagle_
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE