/19

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
NOV 0 3 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Manuel Hipolito Garcia-Gutierrez §
versus §
§
Intercoscenic, Inc., et al §
§

CIVIL ACTION B- 98-128

## Order Setting Conference

1. A status conference will be held on:

    _11-30_____, 1999

    at _11:00_  _A_.m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed _November 2nd_____, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge