22

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Garcia-Gutierrez §
§
versus §           CIVIL ACTION B-98-128
§
Inter Ceramic, Inc. §
§

(Amended) Scheduling Order

1. Trial: Estimated time to try: 5 days.          ☐ Bench    ☒ Jury

2. New parties must be joined by: _____

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:    2-1-2000

4. The defendant's experts must be named with a report furnished       2-15-2000
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    2-20-2000

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:    2-20-2000

******Mediation*********************************************2-20-2000********

7. Joint pretrial order is due:    02-21-2000

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    03-02-2000

   The case will remain on standby until tried.

9. Jury Selection: (9:00 A.M.)           03-06-2000

   Signed December 2nd, 1999, at Brownsville, Texas.

                                              _____
                                              Hilda G. Tagle
                                              United States District Judge