43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Manuel Hipolito Garcia-Gutierrez, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-128 |
| Interceramic, Inc. d/b/a Interceramic USA, | § § § | |
| Defendant. | § | |

## ORDER

It has come to the Court's attention that both the Plaintiff and the Defendant in this case intend to introduce exhibits written in Spanish at trial. Exhibits that are in whole or in part in Spanish, and are not accompanied by a proper English translation, will not be admitted into evidence.

The Defendant's First Amended Objections to Plaintiff's Exhibits is **STRICKEN** for non-compliance with Local Rule 11(B) unless the Defendant faxes or otherwise delivers the exhibits to which it objects to the Court before 6:00 p.m. on March 17, 2000.

DONE at Brownsville, Texas, this _17_ day of March 2000.

Hilda G. Tagle
United States District Judge