69

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL HIPOLITO GARCIA-GUTIERREZ, | § § § | |
| Plaintiff, | § § | |
| | § | B-98-128 |
| | § § | |
| INTERCERAMIC, INC. d/b/a INTERCERAMIC USA, | § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

Pursuant to a jury verdict announced in open court on March 24, 2000 and now on file in this case, it is ORDERED that Plaintiff MANUEL HIPOLITO GARCIA-GUTIERREZ TAKE NOTHING against Defendant INTERCERAMIC, INC. d/b/a INTERCERAMIC, USA, which is now discharged without any liability. Court costs are taxed to the Plaintiff.

DONE at Brownsville, Texas this ____ day of _____, 2000.

_____
HILDA G. TAGLE
United States District Court Judge

ClibPDF - www.fastio.com